UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON
*-Electronically Filed-*

| | |
|---|---|
| ALI SAWAF, Individually, and as the Administrator of the Estate of MARK S. SAWAF, Deceased<br>        Plaintiffs<br>v.<br><br>LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT; BRAD DOBRZYNSKI; MATT GREATHOUSE; CLAYTON ROBERTS; and UNKNOWN EMPLOYEES of the LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT DIVISION of POLICE and FIRE DEPARTMENT/PUBLIC SAFETY<br>        Defendants | No. 5:17-cv-00405-JMH<br><br>**ENTRY OF APPEARANCE** |

\*\*\*\*\*\*\*\*\*\*\*\*

Comes the undersigned counsel of the law firm Sturgill, Turner, Barker & Moloney, PLLC, and hereby enter their appearance of their representation for the Defendant, Brad Dobrzynski. Please address all correspondence, pleadings, motions, notices, and other matters related to this case to the undersigned.

        Respectfully submitted,

        STURGILL, TURNER, BARKER
        & MOLONEY, PLLC

        /s/ L. Scott Miller
        CHARLES D. COLE
        L. SCOTT MILLER
        333 West Vine Street, Suite 1500
        Lexington, KY 40507
        (859) 255-8581
        ccole@sturgillturner.com
        smiller@sturgillturner.com
        ATTORNEYS FOR DEFENDANT,
        BRAD DOBRZYNSKI

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 27, 2017 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and served on counsel of record via the CM/ECF system.

                                        /s/ L. Scott Miller
                                        ATTORNEY FOR DEFENDANT,
                                        BRAD DOBRZYNSKI

x:\wdox\clients\65712\0001\pleading\00881496.docx