UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON
*-Electronically Filed-*

| | |
|---|---|
| ALI SAWAF, Individually, and as the Administrator of the Estate of MARK S. SAWAF, Deceased )<br>Plaintiffs ) )<br>v. ) )<br>LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT; BRAD DOBRZYNSKI; MATT GREATHOUSE; CLAYTON ROBERTS; and UNKNOWN EMPLOYEES of the LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT DIVISION of POLICE and FIRE DEPARTMENT/PUBLIC SAFETY ) ) ) ) ) ) ) ) )<br>Defendants ) | No. 5:17-cv-00405-JMH<br><br>**AGREED ORDER** |

\*\*\*\*\*\*\*\*\*\*\*\*

Come Plaintiff and Defendant Brad Dobrynzki pursuant to LR 7.1, in agreement, as evidenced by the signatures of their counsel below, it is hereby ORDERED as follow:

1. All Defendants shall have through December 1, 2017 to respond to the Plaintiff's Complaint and the remaining deadlines for any responses and replies will be governed by LR 7.1(c).

Dated this _____ day of _____, 2017.

HAVE SEEN & AGREED:

*/s/ Douglas E. Asher, II w/permission*
Douglas E. Asher , II
Asher Law Office
P.O. Box 1466
Harlan, KY 40831
ATTORNEYS FOR PLAINTIFF

*/s/ Charles D. Cole*
Charles D. Cole
L. Scott Miller
333 West Vine Street, Ste. 1500
Lexington, Kentucky 40507
ATTORNEYS FOR DEFENDANT
BRAD DOBRZYNSKI

x:\wdox\clients\65712\0001\pleading\00884593.docx