**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**
**CASE NO. 5:17-cv-00405-JMH**

*ELECTRONICALLY FILED*

| | |
|---|---|
| **ALI SAWAF, Individually,** and as the Administrator of the Estate of MARK S. SAWAF, Deceased | **PLAINTIFF,** |
| v. | **NOTICE OF ENTRY OF APPEARANCE** |
| **LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT, BRAD DOBRZYNSKI, Individually, MATT GREATHOUSE, Individually, CLAYTON ROBERTS, Individually; and UNKNOWN DEFENDANTS** | **DEFENDANTS.** |

***** ***** *****

The Court and parties will hereby take notice that undersigned counsel, Barbara A. Kriz, of the law firm of Kriz, Jenkins, Prewitt & Jones, PSC, does hereby enter her appearance on behalf of Defendants, Lexington Fayette Urban County Government, Matt Greathouse, Individually, and Clayton Roberts, Individually, in defense of the claims asserted against them by Plaintiff. All future pleadings and correspondence should be directed to undersigned counsel hereinafter.

Respectfully submitted,

**KRIZ, JENKINS, PREWITT & JONES, P.S.C.**
200 West Vine Street, Suite 710
P.O. Box 499
Lexington, KY 40588
Telephone: (859) 255-6885, Ext. 114
Facsimile: 859-253-9709
Email: bkriz@kjpjlaw.com

/s/Barbara A. Kriz
**BARBARA A. KRIZ**
*Counsel for Defendants, LFUCG,*
*Matt Greathouse and Clayton Roberts*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing pleading was served on the **9th** day of **November 2017**, using the CM/ECF system, to counsel of record named below:

Douglas E. Asher , II
Asher Law Office
P.O. Box 1466
Harlan, KY 40831
asherlaw39@yahoo.com
*Counsel for Plaintiff*

Charles D. Cole
L. Scott Miller
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Ste. 1500
Lexington, Kentucky 40507
ccole@sturgillturner.com
*Counsel for Defendant, Brad Dobrzynski*

/s/Barbara A. Kriz
BARBARA A. KRIZ
*Counsel for Defendants, LFUCG,*
*Matt Greathouse and Clayton Roberts*