IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:17-cv-00405-JMH

*ELECTRONICALLY FILED*

| | |
|---|---|
| ALI SAWAF, Individually, and as the Administrator of the Estate of MARK S. SAWAF, Deceased | PLAINTIFF, |
| v. | **Proposed Order** |
| LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT, BRAD DOBRZYNSKI, Individually, MATT GREATHOUSE, Individually, CLAYTON ROBERTS, Individually; and UNKNOWN DEFENDANTS | DEFENDANTS. |

***** ***** *****

This matter having come before the Court on Defendants', Lexington Fayette Urban County Government, Matt Greathouse, individually, and Clayton Roberts, individually, Motion to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12, the Court having reviewed the memoranda submitted by the Parties, IT IS HEREBY ORDERED that the Motion is SUSTAINED.

Entered this _____ day of _____, 2017