UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON
NO. 5:17-CV-00405-JMH

*-Electronically Filed-*

| | |
|---|---|
| ALI SAWAF, Individually, and as the Administrator of the Estate of MARK S. SAWAF, Deceased | ) ) ) |
| Plaintiffs | ) |
| v. | ) ) |
| LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT; BRAD DOBRZYNSKI; MATT GREATHOUSE; CLAYTON ROBERTS; and UNKNOWN EMPLOYEES of the LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT DIVISION of POLICE and FIRE DEPARTMENT/PUBLIC SAFETY | ) ) ) ) ) ) ) ) ) |
| Defendants | ) |

## **ORDER**

This matter having come before the Court on motion of Defendant, Captain Brad Dobrzynski, in his individual capacity, the Court having been briefed by the parties, having reviewed the record and otherwise being sufficiently advised, IT IS HEREBY ORDERED as follows:

1. The Motion of Defendant Dobrzynski is **GRANTED** and the Plaintiffs' case is dismissed in its entirety with prejudice.