UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON
*-Electronically Filed-*

| | |
|---|---|
| ALI SAWAF, Individually, and as the Administrator of the Estate of MARK S. SAWAF, Deceased<br>       Plaintiffs<br><br>V.<br><br>LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT; BRAD DOBRZYNSKI; MATT GREATHOUSE; CLAYTON ROBERTS; and UNKNOWN EMPLOYEES of the LEXINGTON-FAYETTE URBAN COUNTY GOVERNMENT DIVISION of POLICE and FIRE DEPARTMENT/PUBLIC SAFETY<br>       Defendants | No. 5:17-cv-00405-JMH<br><br>**AGREED ORDER** |

Comes now the parties pursuant to LR 7.1, in agreement, as evidenced by the signatures of their respective counsels below, it is hereby ORDERED as follows:

1. The Plaintiffs shall have through January 15, 2018 to respond to Defendants' Motions for dismissal filed on December 1, 2017 (Doc# 10) and December 5, 2017 (Doc# 11);

2. The Defendants shall have through February 5, 2018 to Reply to Plaintiffs' Response.

Dated this the ___20th___ day of December, 2017.

HAVE SEEN & AGREED:

/s/ Charles D. Cole, w/permission
Charles D. Cole
L. Scott Miller
333 West Vine Street, Ste. 1500
Lexington, Kentucky 40507
ATTORNEYS FOR DEFENDANT
BRAD DOBRZYNSKI

/s/ Barbara A. Kriz, w/permission
Barbara A. Kriz
200 West Vine Street, Suite 710
P.O. Box 499
Lexington, Kentucky 40588
ATTORNEY FOR DEFENDANTS, LFUCG,
LT. GREATHOUSE, LT. ROBERTS

/s/ Douglas E. Asher II
Douglas E. Asher II
Asher Law Office
P.O. Box 1466
Harlan, Kentucky 40831
ATTORNEY FOR PLAINTIFF