# EXHIBIT "A"





